1014

[No. 13977-8-III.    Division Three.    December 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
LEE HENRY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-1-00077-6, Fred R. Staples, J., entered April 15, 1994. *Reversed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ. Now published at 80 Wn. App. 544.

[Nos. 14096-2-III; 14100-4-III.    Division Three.    December 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
FRANCISCO CABADA, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. AURELIO
GALVAN BETANCOURT, *Appellant*.

Appeals from judgments of the Superior Court for Benton County, Nos. 94-1-00136-5 and 94-1-00137-3, Carolyn A. Brown, J., entered June 26, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 17393-0-II.    Division Two.    December 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT A.
LOUN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-8-01477-1, George L. Wood, Jr., J., entered July 14, 1993. *Affirmed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Bridgewater and Fleisher, JJ.